AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Sandy Baez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:

I, Sandy Baez, charged in a (complaint) (petition) pending in this District with Poss. of Heroin w/Int to Dist. & Ass. on a P.O. in violation of Title 18 & 21, U.S.C., 841, 846, & 111(b) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X [signature]
Defendant

5-10-06
Date

[signature]
Counsel for Defendant